**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 21, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00093-CV

### IN RE D. ANDREW KLEIN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-45649**

---

## MEMORANDUM OPINION

On February 4, 2019, relator D. Andrew Klein filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, Klein asks this court to compel the Honorable Elaine H. Palmer, presiding judge of the 215th District Court of Harris County, to vacate her January 7, 2019 and January 17, 2019 orders granting Third-Party Defendant Hikmat Ghazal's motion to abate Klein's claim against Ghazal. Klein has also filed a motion

for temporary relief, asking our court to stay certain orders and proceedings in the trial court. *See* Tex. R. App. P. 52.10.

Generally, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam). Klein has not shown that the trial court clearly abused its discretion. We therefore deny Klein's petition for writ of mandamus and motion for temporary relief.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.